**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VARELA, ETC. ,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>INDUSTRIAL PROFESSIONAL AND<br>TECHNICAL WORKERS, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. CV 08-01012 SVW (RZx)<br><br>ORDER DENYING STIPULATED<br>PROTECTIVE ORDER |

　　　　　While the parties' desire to avoid discovery disputes is commendable, that desire cannot itself constitute good cause for protection.  The assertion presented was that shielding documents, produced in this civil proceeding, from use in a decertification proceeding, constituted good cause.  No authority has been cited for that proposition in the briefing submitted by the parties.  A protective order places the court's imprimatur upon the parties' private agreement, and potentially subjects a violator to court sanctions, including contempt of court.  For that process, Federal Rule of Civil Procedure 26(c) demands a showing of good cause.  No such showing having been made, the requested protective order is denied.

///

///

Under Federal Rule of Civil Procedure 29, of course, the parties may agree among themselves to whatever restrictions they wish, so long as court dates are not affected.

IT IS SO ORDERED.

DATED: May 29, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

- 2 -